**Raphael DONNELL, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 49760.**

Missouri Court of Appeals,
Western District.

Feb. 14, 1995.

Rosemary E. Percival, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, for respondent.

Before SPINDEN, P.J., and ULRICH and SMART, JJ.

## ORDER

PER CURIAM:

Appeal from dismissal for untimely filing of Rule 24.035 postconviction motion.

Judgment affirmed. Rule 84.16(b).